FILED

2017 SEP 13  PM 1: 01

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    I N D I C T M E N T |
| | ) |
| Plaintiff, | ) |
| | )    **1 : 17  CR  364** |
| v. | )    CASE NO. |
| | )    Title 18, Section 922(g)(1), |
| JESUS W. BEY, | )    United States Code |
| | ) |
| Defendant. | ) |

JUDGE POLSTER

The Grand Jury charges:

On or about January 25, 2017, in the Northern District of Ohio, Eastern Division, JESUS

W. BEY, having been previously convicted of crimes punishable by imprisonment for a term

exceeding one year, those being: Attempted Felonious Assault, in Case Number CR-13-577166-

A, in the Cuyahoga County Common Pleas Court, on or about April 11, 2014; Felonious Assault

with Firearm Specification, and Having Weapon Under Disability, in Case Number CR-13-

579235-B, in the Cuyahoga County Common Pleas Court, on or about April 11, 2014; and

Having Weapons Under Disability, in Case Number CR-13-577412-A, in the Cuyahoga County

Common Pleas Court, on or about April 11, 2014, did knowingly possess in and affecting

interstate commerce ammunition, to wit: 10 rounds of .40 caliber ammunition bearing headstamp "Win 40 S &W," 1 round of .40 caliber ammunition bearing headstamp "PERFECTA 40 S & W," and 1 round of ammunition bearing headstamp "SIG 40 S & W," in violation of Title 18, Section 922(g)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.