IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 1:17CR00364-DAP-1 |
| Plaintiff, | : | |
| | : | **JUDGE DAN AARON POLSTER** |
| vs. | : | |
| **JESUS BEY,** | : | |
| Defendant. | : | |

## DEFENDANT EXHIBITS
### (Corrected)

| Exhibit No. | Description | I.D. | Offered | Obj | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| Deft. Ex. 1001 | Obituary - Yvonne Jackson | | | | | |
| Deft. Ex. 1002 | Concealed Carry Handgun License - Catrina Gaston | | | | | |
| Deft. Ex. 1003 | May 12, 2015 receipt for .40 caliper handgun | | | | | |
| Deft. Ex. 1004 | November 17, 2017 Cuyahoga County Indictment in Case No. 622412-17-CR | | | | | |

Respectfully submitted,

/s - *Angelo F. Lonardo, Esq.*
**YELSKY & LONARDO**
**BY: ANGELO F. LONARDO, ESQ.**
Ohio Reg. No. 0032274
323 Lakeside Avenue, West, Suite 450
Cleveland, Ohio 44113
(216) 781-2550 – Telephone
(216) 781-6688 – Facsimile
aflonardo@yelskylonardo.com – Email

/s - *Joseph J. Lonardo, Esq.*
**JOSEPH J. LONARDO, ESQ.**
Ohio Reg. No. 0087373
323 Lakeside Avenue, West, Suite 450
Cleveland, Ohio 44113
(216) 337-1650 – Telephone
(216) 781-6688 – Facsimile
lonardo6@yahoo.com – Email

Counsel for **JESUS BEY**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of July, 2018, a copy of the following was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  */s - Angelo F. Lonardo*
                                                  **ANGELO F. LONARDO, ESQ.**