IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 1:17CR00364-DAP-1 |
| Plaintiff, | : : | |
| | : | **JUDGE DAN AARON POLSTER** |
| vs. | : : | |
| **JESUS BEY,** | : : | |
| Defendant. | : | |

# DEFENDANT EXHIBITS
### (Corrected)

| Exhibit No. | Description | I.D. | Offered | Obj | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| Deft. Ex. 1001 | Obituary - Yvonne Jackson | | | | | |
| Deft. Ex. 1002 | Concealed Carry Handgun License - Catrina Gaston | | | | | |
| Deft. Ex. 1003 | May 12, 2015 receipt for .40 caliber handgun | | | | | |
| Deft. Ex. 1004 | November 17, 2017 Cuyahoga County Indictment in Case No. 622412-17-CR | | | | | |

Respectfully submitted,

/s - *Angelo F. Lonardo, Esq.*　　　　　　　/s - *Joseph J. Lonardo, Esq.*
**YELSKY & LONARDO, LLC**　　　　　　**JOSEPH J. LONARDO, ESQ.**
**BY: ANGELO F. LONARDO, ESQ.**　　Ohio Reg. No. 0087373
Ohio Reg. No. 0032274　　　　　　　　　323 Lakeside Avenue, West, Suite 450
323 Lakeside Avenue, West, Suite 450　Cleveland, Ohio 44113
Cleveland, Ohio 44113　　　　　　　　　(216) 337-1650 – Telephone
(216) 781-2550 – Telephone　　　　　　(216) 781-6688 – Facsimile
(216) 781-6688 – Facsimile　　　　　　　lonardo6@yahoo.com – Email
aflonardo@yelskylonardo.com – Email

Counsel for **JESUS BEY**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of July, 2018, a copy of the following was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                /s - Angelo F. Lonardo
                                                              **ANGELO F. LONARDO, ESQ.**