# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:17cr364** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **- vs -** | ) | |
| | ) | **MINUTES & ORDER RE: SUPERVISED** |
| | ) | **RELEASE VIOLATION** |
| **JESUS BEY,** | ) | **HEARING** |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on January 15, 2020, upon the request of the probation office for a finding that the defendant violated the conditions of supervised release, Doc #: 94.  At the time the Court revoked the Defendants supervised release and continued the matter to March 30, 2020, to allow the Government time for forensic investigations, Doc #: 101.

The Government is still determining whether or not to seek an indictment for conduct forming the basis of the constructive possession of a firearm supervised release violation.  The delay is occasioned by the COVID-19 epidemic.

The Court cannot hold a hearing until the Government makes a decision as to prosecution. If the Government attains an indictment, proceedings as to supervised release violations will be postponed until the conclusion of the criminal proceedings.  If the Government chooses not to seek an indictment, the Supervised Release Violation Hearing will proceed on **May 12, 2020, at 10:00 a.m.**

The defendant remains detained.

IT IS SO ORDERED.

_/s/Dan Aaron Polster_     **3/25/2020**
Dan Aaron Polster
United States District Judge

1